# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2136
L.T. Case No. 2019-DR-003276-FM

_____

DANIEL ARTHUR ADKINS,

    Appellant,

    v.

BRANDI DENISE DEWITT,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

Daniel Arthur Adkins, Jacksonville, pro se.

No Appearance for Appellee.

March 18, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and MAKAR and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____